MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00626-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff SFR Investments Pool 1, LLC, and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional twenty-one (21) days, up to and including **May 31, 2022**[1], to file its response to the plaintiff's complaint, which is currently due on May 9, 2022. The complaint was filed on April 14, 2022.

Good cause exists to grant the requested extension. Shellpoint's counsel continues to investigate the facts and legal assertions raised in SFR's complaint. Shellpoint requests additional time to fully form its response to these allegations pursuant to its obligations under Federal Rule of Civil Procedure 8(b).

. . .

---

[1] The twenty-first day falls on Monday, May 30, 2022, which is Memorial Day. The parties agree to move the deadline to the next business day.

{63388206}

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 9th day of May, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Chantel M. Schimming* |
| MELANIE D. MORGAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9578 |
| PAIGE L. MAGASTER, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 15557 | Nevada Bar No. 8886 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89134 | Las Vegas, NV 89139 |
| | |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | *Attorney for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00626-GMN-EJY

**DATED: May 9, 2022**

{63388206}   2