ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00626-GMN-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **(SECOND REQUEST)** |

Plaintiff SFR Investments Pool 1, LLC, and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional twenty-one (21) days, up to and including **June 21, 2022**, to file its response to the plaintiff's complaint, which is currently due on May 31, 2022. The complaint was filed on April 14, 2022.

Good cause exists to grant the requested extension. Shellpoint has provided certain information about the loan and the amount of debt secured by the deed of trust to SFR, and the parties intend to discuss the possibility of settlement once SFR's counsel reviews this information.

. . .

. . .

. . .

{63772535;1}
63793711;1

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 31st day of May, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Chantel M. Schimming* |
| MELANIE D. MORGAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9578 |
| PAIGE L. MAGASTER, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 15557 | Nevada Bar No. 8886 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89134 | Las Vegas, NV 89139 |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | *Attorney for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00626-GMN-EJY

**DATED:** May 31st, 2022