KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00626-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES** |

The parties, by and through their undersigned counsel, stipulate and agree as follows:

**A.  A statement specifying the discovery completed by the parties as of the date of the motion or stipulation**

The parties have exchanged initial disclosures.

**B.  A specific description of the discovery that remains to be completed**

Exchange of written discovery

SFR's deposition

Shellpoint's deposition

Deposition of any prior servicer

Disclosure of expert witnesses

- 1 -

**C. The reasons why the remaining discovery was not completed within the time limit of the existing discovery deadline**

SFR began searching for an expert in August 2022 and it was in late September that SFR settled on a particular expert. On September 23, 2022, SFR retained Stan Smith as an expert for this matter, but then the following week, Mr. Smith advised his office could not meet the October 20, 2022 deadline and requested an additional three weeks. As a result, on October 3, 2022, SFR's counsel emailed Shellpoint's counsel advising her of the same and requesting a three-week extension of the expert deadline. On October 4, 2022, Shellpoint's counsel responded and agreed. This stipulation is submitted 15 days prior to the expert deadline as opposed to 21 days because SFR did not learn until right at the 21-day mark that its expert needed additional time, and Shellpoint's counsel was out of the jurisdiction for several days after agreeing to the extension on October 4, 2022.

///

**D. A proposed schedule for the completion of all remaining discovery**

| Current Deadline | ~~Proposed~~ Deadline |
|---|---|
| Discovery Cut-Off: December 19, 2022 | No Change |
| Amending/Adding Parties: September 20, 2022 | No change |
| Initial Experts: October 20, 2022 | November 10, 2022 |
| Rebuttal Experts: November 21, 2022 | December 8, 2022 |
| Dispositive Motions: January 18, 2023 | No change |
| Pre-Trial Order: February 17, 2023 | No Change |

| HANKS LAW GROUP | AKERMAN, LLP |
|---|---|
| */s/ Karen L. Hanks*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Paige Magaster*<br>Paige Magaster, Esq.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Telephone: (702) 634-5000<br>*Attorneys for NewRez, LLC dba Shellpoint Mortgage Servicing* |

**ORDER**

IT IS ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 12, 2022