ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                              Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                              Defendants.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>                              Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>                              Counter-Defendant. | Case No.: 2:22-cv-00626-GMN-EJY<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION FOR PROTECTIVE ORDER [ECF NO. 39]** |

. . .

. . .

67807396;1

1	NewRez, LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC submit this stipulation and order to withdraw SFR's motion for protective order filed December 7, 2022 as ECF No. 39.  SFR's motion concerned topics 2 through 7 of Shellpoint's notice of SFR's FRCP 30(b)(6) deposition.  On December 14, 2022, counsel held an additional meet and confer and resolved the disputes presented in SFR's motion.

Topic 2 is limited to rental or other income and documents and records relating to any attempts by SFR to obtain information from Shellpoint and/or its predecessors about the subject loan.  Topics 3 through 7 are withdrawn with the understanding that Shellpoint's counsel may ask questions during the deposition relating to the topics for the purpose of establishing foundation or background for additional questions supported by topics not at issue in SFR's motion.   The parties will re-notice SFR's FRCP 30(b)(6) deposition on a mutually agreeable date.

| DATED: December 14, 2022. | DATED: December 14, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| /s/ Melanie D. Morgan | /s/ Karen L. Hanks |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Case No. 2:22-cv-00626-GMN-EJY

December 14, 2022
DATED

2

67807396;1