1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00626-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATED AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO INTERVENE** |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

SFR Investments Pool 1, LLC ("SFR") and Federal Housing Finance Agency ("FHFA"), hereby stipulate and agree that SFR shall have up to and including **December 30, 2022**, to file its response to FHFA's motion to intervene [ECF No. 35] which is currently due on December 16, 2022. The parties further agree the FHFA's reply in support of its motion shall be due on January 13, 2023, as a reciprocal accommodation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

SFR seeks the extension because undersigned counsel has been preparing for trial and requires additional time to adequately brief the issue.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 16th day of December, 2022.

| HANKS LAW GROUP | FENNEMORE CRAIG, P.C. |
|---|---|
| /s/ Karen L. Hanks<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email:  chantel@hankslg.com<br>Email:  karen@hankslg.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq.<br>Nevada Bar No. 4932<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511<br>Telephone: (775) 788-2228<br>Email: lhart@fclaw.com<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>/s/ Michael A.F. Johnson<br>Michael A.F. Johnson, Esq.<br>(Pro Hac Vice to be Submitted)<br>601 Washington, DC 20001-3743<br>Telephone: 202-942-5000<br>Email: Michael.johnson@arnoldporter.com<br><br>*Attorneys for Proposed Intervenor Federal Housing Finance Agency* |

**ORDER**

**IT IS ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 16, 2022

- 2 -