ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00626-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE FIRST CAUSE OF ACTION UNDER NRS 106.240, TO DISSOLVE THE PRELIMINARY INJUNCTION, AND TO EXPUNGE THE LIS PENDENS**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | |

SFR Investments Pool 1, LLC and NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including **February 3, 2023**, to file its reply in support of Shellpoint's motion for judgment on the pleadings as to the first cause of action under NRS 106.240, to dissolve the preliminary injunction, and to expunge the lis pendens, which is currently due on January 27, 2023, pursuant to ECF No. 54. The motion was filed on January 6, 2023, and the response was filed on January 20, 2023.

Good cause exists to grant the requested extension. Shellpoint's reply deadline was inadvertently calendared as February 3, 2023. Upon realizing the error, on January 25, Shellpoint's counsel contacted counsel for SFR to request an extension. The parties request additional time so Shellpoint may file its reply on February 3, 2023, as anticipated.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 27th day of January, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Karen L. Hanks* |
| ARIEL E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9578 |
| MELANIE D. MORGAN, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 8886 |
| PAIGE L. MAGASTER, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15557 | Las Vegas, NV 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for SFR Investments Pool 1, LLC* |
| | |
| *Attorneys for NewRez LLC d/b/a* | |
| *Shellpoint Mortgage Servicing* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:22-cv-00626-GMN-EJY

DATED: January 27, 2023