1   Karen L. Hanks, Esq.
Nevada Bar No. 9578
2   E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
3   Nevada Bar No. 8886
E-mail: chantel@hankslg.com
4   Hanks Law Group
7625 Dean Martin Drive, Suite 110
5   Las Vegas, Nevada 89139
Telephone: (702) 758-8434
6   *Attorneys for SFR Investments Pool 1, LLC*

7   **UNITED STATES DISTRICT COURT**

8   **DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00626-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR PROTECTIVE ORDER** |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

SFR Investments Pool 1, LLC ("SFR") and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") hereby stipulate and agree that SFR shall have up to and including **February 8, 2023**, to file its response to Shellpoint's motion for protective order. [ECF No. 56] This court previously issued an order and set the deadline for the response to February 7, 2023. [ECF No. 60]. This order also provided this date as the deadline to file a response to Shellpoint's motion to continue discovery, but after their Zoom meet and confer, SFR and Shellpoint worked out a resolution. As such, the only briefing will be on the motion for protective order.

/ / /

/ / /

/ / /

/ / /

SFR seeks the extension because undersigned counsel's case management system went down for the better half of today, and this affected her ability to complete her draft of the response.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. The hearing on the matter is set for February 27, 2023 and the court did not permit Shellpoint to file a reply.

DATED this 7th day of February, 2023.

**HANKS LAW GROUP**

/s/ *Karen L. Hanks*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434

*Attorneys for SFR Investments Pool 1, LLC*

**AKERMAN LLP**

/s/ *Paige L. Magaster*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1635 Village Center Circle, Suite 200 Las Vegas, NV 89134

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

<u>**ORDER**</u>

**IT IS ORDERED** *nunc pro tunc.*

U.S. MAGISTRATE JUDGE

DATED:  February 9, 2023



- 2 -