WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
yli@wrightlegal.net
*Attorneys for Non-Party Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-00626-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| vs. | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive, | (FIRST REQUEST) |
| Defendants. | |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimant, | |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counterdefendant | |

Non-party, Bank of America, N.A. ("BANA") and Plaintiff, SFR Investments Pool 1, LLC ("SFR" and together with BANA, hereafter as the "Parties") stipulate and agree that BANA shall have an additional fourteen (14) days from the current deadline of April 10, 2023, up to and including April 24, 2023, to respond to SFR's Motion to Compel Compliance with

1 | Subpoena/Hold BANA in Contempt [ECF No. 73].

2 |     Parties further agree that any reply brief SFR desires to file in support of said Motion shall be due by May 1, 2023.

    Good cause exists to grant the requested extension. Parties are actively engaged in good faith discussions to try to resolve the issues raised in said Motion in lieu of further proceedings thereon. This is the parties' first request for an extension of this deadline, and is not submitted to cause any undue delay or prejudice.

| DATED this 6th day of April, 2023. | DATED this 6th day of April, 2023. |
|---|---|
| HANKS LAW GROUP | WRIGHT, FINLAY & ZAK, LLP |
| | |
| */s/ Karen L. Hanks, Esq.* | */s/ Yanxiong Li, Esq.* |
| Karen L. Hanks, Esq. | Darren T. Brenner, Esq. |
| Nevada Bar No. 9578 | Nevada Bar No. 8386 |
| Chantel M. Schimming, Esq. | Yanxiong Li, Esq. |
| Nevada Bar No. 8886 | Nevada Bar No. 12807 |
| 7625 Dean Martin Dr., Ste. 110 | 7785 W. Sahara Ave., Suite 200 |
| Las Vegas, NV 89139 | Las Vegas, NV 89117 |
| | |
| *Attorneys for Plaintiff, SFR Investments Pool 1, LLC* | *Attorneys for Non-Party Bank of America, N.A.* |

**IT IS SO ORDERED.**

    Dated this 10th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE