WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
yli@wrightlegal.net
*Attorneys for Non-Party Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br>_____<br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counterdefendant. | Case No.: 2:22-cv-00626-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>(SECOND REQUEST) |

Non-party, Bank of America, N.A. ("BANA") and Plaintiff, SFR Investments Pool 1, LLC ("SFR" and together with BANA, hereafter as the "Parties") stipulate and agree that BANA shall have an additional day from the current deadline of April 24, 2023, up to and including April 25, 2023, to respond to SFR's Motion to Compel Compliance with Subpoena/Hold BANA in

Page 1 of 2

Contempt [ECF No. 73].

Parties further agree that any reply brief SFR desires to file in support of said Motion shall be due by May 2, 2023.

BANA has agreed to the production of documents to resolve the pending Motion to Compel but requires additional time to address issues concerning the purported confidentiality of that production.

This is the parties' second request for an extension of this deadline, and is not submitted to cause any undue delay or prejudice.

| DATED this 24th day of April, 2023. | DATED this 24th day of April, 2023. |
|---|---|
| HANKS LAW GROUP | WRIGHT, FINLAY & ZAK, LLP |
| */s/ Karen L. Hanks, Esq.* | */s/ Yanxiong Li, Esq.* |
| Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Dr., Ste. 110<br>Las Vegas, NV 89139 | Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 |
| *Attorneys for Plaintiff, SFR Investments Pool 1, LLC* | *Attorneys for Non-Party Bank of America, N.A.* |

**IT IS SO ORDERED.**

Dated this 24th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE