AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SFR Investments Pool 1, LLC,

           Plaintiff,

v.

Newrez LLC,

           Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00626-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff SFR Investments Pool 1, LLC, in the total sum of $3,000, inclusive of fees and costs, against Defendant Newrez LLC, as to SFR's second cause of action claiming a violation of NRS 107.200 et seq.

8/23/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk