ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br> | Case No.: 2:22-cv-00626-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR ENTRY OF ORDER (1) VACATING JUDGMENT AGAINST SHELLPOINT AND DISMISSING SFR'S NRS 107.200 CLAIM WITH PREJUDICE, (2) DIRECTING ENTRY OF JUDGMENT ON SHELLPOINT'S COUNTERCLAIM, AND (3) AWARDING THE BOND AMOUNT TO SHELLPOINT**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter-Defendant. | |

SFR Investments Pool 1, LLC and NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate that SFR shall have up to and including **November 17, 2023**, to file its opposition to Shellpoint's motion for entry of order (1) vacating judgment against Shellpoint and dismissing SFR's

{73374958;1}

NRS 107.200 claim with prejudice, (2) directing entry of judgment on Shellpoint's counterclaim, and (3) awarding the bond amount to Shellpoint, which is currently due on October 31, 2023, pursuant to ECF Nos. 109, 110, and 111.  Shellpoint's motions were filed on October 17, 2023.  Shellpoint's reply in support of its motions will be due on **December 13, 2023**.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.  Good cause exists to grant this extension. Counsel for SFR must submit a response to a rehearing petition in another matter, which requires significant time and attention, thereby impacting the drafting of the opposition in this matter.  Melanie Morgan, counsel for Shellpoint will be out of the jurisdiction from October 26 through November 8.  Paige Magaster, also counsel for Shellpoint, will be out of the jurisdiction from November 20 through November 24.

DATED this 25th day of October, 2023.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC*<br>*dba Shellpoint Mortgage Servicing* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:22-cv-00626-GMN-EJY

October 26, 2023
DATED

2

{73374958;1}