KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00626-GMN-EJY<br><br>**STIPULATION AND ORDER EXTENDING RESPONSE DEADLINE**<br><br>**(Second Request)** |

SFR Investments Pool 1, LLC ("SFR"), NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") hereby stipulate and agree that SFR shall have until November 27, 2023 to file its response to Shellpoint's motions for an order (1) vacating judgment against Shellpoint and dismissing SFR's NRS 107.200 claim with prejudice, (2) directing entry of judgment on Shellpoint's counterclaim, and (3) awarding the bond amount to Shellpoint.  ECF Nos. 109, 110, and 111.  The current deadline is November 17, 2023.

/ / /

/ / /

/ / /

/ / /

- 1 -

73683303;1

This is the second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. Good cause exists for this extension because the Parties are discussing a possible resolution.

DATED this 16th day of November, 2023.

| HANKS LAW GROUP | AKERMAN LLP |
|---|---|
| /s/ *Karen L. Hanks*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br><br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ *Paige L. Magaster*<br>Ariel E. Stern<br>Nevada Bar No. 8276<br>Melanie D. Morgan<br>Nevada Bar No. 8215<br>Paige L. Magaster<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* |

**ORDER**

**IT IS ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 16, 2023

- 2 -

73683303;1