ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>              Defendants. | Case No.: 2:22-cv-00626-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR ENTRY OF ORDER (1) VACATING JUDGMENT AGAINST SHELLPOINT AND DISMISSING SFR'S NRS 107.200 CLAIM WITH PREJUDICE, (2) DIRECTING ENTRY OF JUDGMENT ON SHELLPOINT'S COUNTERCLAIM, AND (3) AWARDING THE BOND AMOUNT TO SHELLPOINT**<br><br>**(SECOND REQUEST)** |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>              Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>              Counter-Defendant. | |

SFR Investments Pool 1, LLC and NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate that Shellpoint shall have up to and including **December 20, 2023**, to file its reply in support of its motion for entry of order (1) vacating judgment against Shellpoint and dismissing SFR's NRS 107.200 claim with prejudice, (2) directing entry of judgment on Shellpoint's

counterclaim, and (3) awarding the bond amount to Shellpoint, which is currently due on December 13 2023, pursuant to ECF No. 113. Shellpoint's motions were filed on October 17, 2023, and SFR's responses were filed on November 27, 2023.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party. Good cause exists to grant this extension. Melanie Morgan, counsel for Shellpoint, has been traveling extensively for work on other Shellpoint matters. Paige Magaster, also counsel for Shellpoint, has been ill and also recently suffered a loss in her family.

DATED this 13th day of December, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Paige L. Magaster | /s/ Chantel M. Schimming |
| ARIEL E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9578 |
| MELANIE D. MORGAN, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 8886 |
| PAIGE L. MAGASTER, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15557 | Las Vegas, Nevada 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for SFR Investments Pool 1, LLC* |
| | |
| *Attorneys for NewRez LLC* | |
| *dba Shellpoint Mortgage Servicing* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No. 2:22-cv-00626-GMN-EJY

December 13, 2023
_____
DATED

2

{74012749;1}