KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00626-GMN-EJY<br><br>**ORDER TO RELEASE BOND** |

On July 15, 2022, this Court entered an Order wherein SFR Investments Pool 1, LLC ("SFR") was directed to post a bond for preliminary injunction in the amount of $3,000.00. [ECF No. 22]. On July 18, 2022, pursuant to the Order, said bond, in the amount of $3,000.00, was tendered on behalf of SFR. [ECF No. 26].

On October 17, 2023, NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") filed a motion seeking an award of the bond amount to Shellpoint. Upon motion hearing held on May 8, 2024, this Court denied Shellpoint's request for the award of bond amount and instructed SFR to file a proposed order to release the bond to SFR. [ECF No. 125].

Since no costs have been awarded against SFR and all claims in this matter have been dismissed or otherwise decided [ECF No.'s 99, 125], the bond shall be released to SFR.

**IT IS THEREFORE ORDERED** that the bond tendered on behalf of SFR on July 18, 2022, in the amount of $3,000.00 shall be released to SFR.

- 1 -

1     **IT IS FURTHER ORDERED** that the Clerk of Court is directed to disburse and mail the
2 full bond amount and any interest to SFR, payable to SFR's counsel as follows:

Hanks Law Group<br>
7625 Dean Martin Drive, Suite 110<br>
Las Vegas, NV 89139

5     **IT IS SO ORDERED.**

6     The Clerk's Office is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 9, 2024

Respectfully submitted by:

Hanks Law Group

/s/ Chantel M. Schimming
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Attorneys for SFR Investments Pool 1, LLC